UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the UTILITY WORKERS' UNION
OF AMERICA NATIONAL HEALTH AND
WELFARE FUND,

    Plaintiff/Counter-Defendant,        Case No. 2:20-cv-12663

v.        Hon. George Caram Steeh

DTE ELECTRIC COMPANY, a Michigan
corporation, DTE GAS COMPANY, a Michigan
corporation, and DTE ENERGY CORPORATE
SERVICES, LLC,

    Defendants/Counter-Plaintiffs,

---

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES TO ANY PARTY

WHEREAS, the parties, pursuant to their settlement agreement, hereby stipulate to dismiss this action, with prejudice, all parties to bear their own costs, interest, and attorneys' fees, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case be and is dismissed with prejudice and without costs, interest, and attorneys' fees to any party.

**IT IS SO ORDERED.**

This Order disposes of the last pending claim and closes the case.

Dated:  January 3, 2023                                        s/George Caram Steeh
                                                                                GEORGE CARAM STEEH
                                                                                United States District Judge

**STIPULATED:**

| | |
|---|---|
| */s/ Megan B. Boelstler* | */s/ Timothy J. Lowe* |
| Christopher P. Legghio (P27378) | Timothy J. Lowe (P68669) |
| Megan B. Boelstler (P79125) | Mitchell Capp (P84197) |
| Legghio & Israel, P.C. | McDonald Hopkins PLC |
| 306 South Washington, Suite 206 | 39533 Woodward, Suite 318 |
| Royal Oak, MI 48067-3837 | Bloomfield Hills, MI 48304 |
| 248.398.5900 | 248.220.1359 |
| cpl@legghioisrael.com | tlowe@mcdonaldhopkins.com |
| mbb@legghioisrael.com | mcapp@mcdonaldhopkins.com |
| | |
| Attorneys for Plaintiff/ Counter-Defendant | Attorneys for Defendants/ Counter-Plaintiffs |